IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc. et al.,<br><br>　　　　　Debtors | Case Nos. 01-11628 through 01-11639<br>(PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors'<br>Liquidating Trust, Perry Mandarino,<br>not personally, but as Trustee,<br><br>　　　　　Plaintiff,<br><br>　　v. | District Court Case Nos. (KAJ) |
| E. J. Reynolds, Inc.<br>Cyrk, Inc.<br>Office Management Systems, Inc.<br>Saber Fleet Services, Inc. d/b/a<br>Weiland Tire Service<br>Tacony Corporation<br>Little Beaver, Inc.<br>Diamant Boart, Inc.<br>Tsurumi (America), Inc.<br>Harbor Graphics Corporation<br>Multiquip, Inc.<br>Bobcat Company<br>Nortrax Equipment Co. South LA<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products<br>Rentlink, Inc.<br>Equipment Development Co., Inc.<br>Fischer Group<br>Dossey Holdings, Inc.<br>L&P Financial Services<br>Jeff Falkanger & Associates<br>Morgan Guaranty Trust Company of<br>New York,<br><br>　　　　　Defendants. | 04-CV-722<br>04-CV-734<br>04-CV-742<br>04-CV-753<br><br>04-CV-808<br>04-CV-997<br>04-CV-1004<br>04-CV-1005<br>04-CV-1007<br>04-CV-1025<br>04-CV-1026<br>04-CV-1044<br>04-CV-1045<br>04-CV-1047<br>04-CV-1054<br>04-CV-1128<br>04-CV-1141<br>04-CV-1155<br>04-CV-1165<br>04-CV-1184<br>04-CV-1192 |

## AFFIDAVIT OF SERVICE

Jane M. Wojslawowicz, being of full age, deposes and states:

1.      I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2.      On March 9, 2006, I caused true and correct copies of the Order entered by Magistrate Judge Thynge Scheduling Another Teleconference for Monday, April 24, 2006 at 5:00 p.m. (EST) to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

3.      I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

Jane M. Woyslawowicz

Sworn before me on 9th day of
March, 2006

Notary Public

YVETTE ASH
A Notary Public Of New Jersey
My Commission Expires Sept. 14, 2008

**In re NationsRent, Inc., et al.**
**Case Nos. 01-11628 through 01-11639**

**Service List**

Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130

Jeffrey Margolin, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

Jeffrey Wisler, Esq.
Cristina M. Thompson, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801

G. Christopher Meyer, Esq.
Squire Sanders & Dempsey, LLP
4900 Public Square
Cleveland, Ohio 44114-1304

Les Shayo, Esq.
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Brett D. Fallon, Esq.
Patrick M. Leathem, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306

President/CEO
Equipment Development Co.
100 Thomas Johnson Drive
Frederick, Maryland 21702

President/CEO
Fischer Group
305 South Andrews
Fort Lauderdale, Florida 33301

Christopher A. Camardello, Esq.
Wintrop & Weinstine, PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, PC
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801

Andrea S. Hartley, Esq.
Akerman Senterfitt
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1714

President/CEO
L & P Financial Services
8905 East Garvey
Rosemead, California 91770

Jeffrey P. Wasserman, Esq.
Ciconte Roseman & Wasserman
1300 King Street
P.O. Box 1126
Wilmington, Delaware 19899

Steven S. Miller, Esq.
Legal Department
JP Morgan Chase & Co.
One Chase Manhattan Plaza
New York, New York  10081

Richard H. Cross, Esq.
Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
P. O. Box 1380
Wilmington, Delaware 19801-1380

Richard C. Macias, Esq.
Creim Macias & Koenig, LLP
633 West 5th Street, 51st Floor
Los Angeles, California 90071

William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801-1236

Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
P. O. Box 1380
Wilmington, Delaware 19801-1380

Eric Linderman, Esq.
Harris Beach, LLP
805 Third Avenue
New York, New York 10022

Kenneth R. Moore
President/CEO
Saber Fleet Services, Inc. d/b/a Weiland Tire Servic
15600 Bourline Road
Fort Worth, Texas 76111

Gary Vist, Esq.
Masudafunai
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262

Richard N. Riley, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

Ashley Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130