IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>DIAMANT BOART, INC.,<br><br>Defendant. | Civil Action No. 04-CV-1004 (KAJ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY** stipulated and agreed between the Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the Defendant, Diamant Boart, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

630221v1

Dated: August 3, 2006

THE BAYARD FIRM

_____
Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

SQUIRE, SANDERS & DEMPSEY L.L.P.

_____
G. Christopher Meyer (Ohio No. 0016268)
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304
Telephone:   (216) 479-8500
Email:   cmeyer@ssd.com

Counsel for Diamant Boart, Inc.